UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD FRANKLIN,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 15, 2011** and responses to these motions shall be filed by **Wednesday, August 24, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.  Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 5-day jury trial is set for **Tuesday, September 6, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated:  June 16, 2011

                                                            BY THE COURT:

                                                            s/ Wiley Y. Daniel
                                                            Wiley Y. Daniel
                                                           Chief United States District Judge