UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00235-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICHARD FRANKLIN,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Richard Franklin filed a Notice of Disposition in the above matter on August 15, 2011 [ECF No. 11].  Accordingly, the trial set for September 6, 2011 is **VACATED** and a Change of Plea Hearing is **SET** for **Tuesday, October 11, 2011 at 3:30 PM.**

      Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  August 15, 2011