UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00235-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.   RICHARD FRANKLIN,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   The Change of Plea Hearing, set for Friday, March 2, 2012 at 3:00 p.m is **VACATED and RESET** for **Friday, March 16, 2012 at 10:00 a.m.**

   **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

   Dated:   January 11, 2012