IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.    11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD FRANKLIN,

    Defendant.

---

### PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER is before the Court on the United States' Motion For Preliminary Order Of Forfeiture [ECF No. 144].   The motion is filed pursuant to 18 U.S.C. § 2253 and Rule 32.2(b) of the FEDERAL RULES of CRIMINAL PROCEDURE.   Having read the motion and being fully advised in the premises, the Court finds that:

(1) on August 27, 2013, a jury found defendant, Richard Franklin, guilty of Counts 1 through 5 of the Superseding Indictment [ECF No. 53], charging Franklin with:   (a) Notice or Advertisement of Child Pornography, in violation of 18 U.S.C. §§ 2251(d)(1)(A) and (e); (b) Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A (a)(2) and (b)(1); (c) Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252A (a)(2) and (b)(1); and, (d) Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A (a)(5)(B) and (b)(2);

(2) Franklin's conviction on Counts 1 through 5 of the Superseding Indictment [ECF No. 53] provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253 for the following assets: (a) the Coolermaster desktop computer, containing three Western Digital hard drives; and, (b) one Seagate hard drive;

(3) based on the evidence introduced at trial, the requisite nexus exists between the following property and the crimes Franklin was convicted of: (a) the Coolermaster desktop computer, containing three Western Digital hard drives; and, (b) one Seagate hard drive;

(4) prior to the disposition of the asset, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n). Accordingly, it is

ORDERED that Franklin's interest in the Coolermaster desktop computer, containing three Western Digital hard drives, and the Seagate hard drive is forfeited to the United States in accordance with 18 U.S.C. § 2253. Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is

FURTHER ORDERED that the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture. It is

FURTHER ORDERED that the United States, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days, and to make its return to this

Court that such action has been completed.   It is

FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and FED. R. CRIM. P. 32.2(c)(2), in which all interests will be addressed.   The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.   It is

FURTHER ORDERED that this Preliminary Order of Forfeiture may be amended pursuant to FED. R. CRIM. P. 32.2(e)(1).

Dated:   November 19, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge